UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>      v.<br><br>ISMAEL MARTINEZ-SOLANO,<br><br>          Defendant. | No. CR-06-021-FVS<br><br>ORDER DENYING MOTION FOR<br>REDUCTION |

**THIS MATTER** comes before the Court based upon Ismael Martinez-Solano's motion for a reduction of his sentence. He is representing himself.

**BACKGROUND**

Judgment was entered on July 21, 2001. Ismael Martinez-Solano did not appeal. (His codefendant did.) On May 14, 2007, Mr. Martinez-Solano filed a motion requesting a two-level downward departure on the ground that, as an illegal alien, he will not be eligible for privileges that otherwise would be available to him while he is imprisoned.

**RULING**

Mr. Martinez-Solano's motion is denied. Although he characterizes his claim as an equal protection claim, it is not. It is a nonconstitutional sentencing issue that could have been presented to the Court of Appeals had he chosen to appeal his sentence. By

ORDER DENYING MOTION FOR REDUCTION - 1

failing to appeal, he waived the issue.  *See United States v. Schlesinger*, 49 F.3d 483, 485 (9th Cir. 1995) ("nonconstitutional sentencing errors that have not been raised on direct appeal have been waived and generally may not be reviewed by way of 28 U.S.C. § 2255").

**IT IS HEREBY ORDERED:**

Ismael Martinez-Solano's motion for a reduction of his sentence (**Ct. Rec. 114**) is denied.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to Mr. Martinez-Solano and to counsel for the government.

**DATED** this   22nd   day of May, 2007.

s/ Fred Van Sickle
Fred Van Sickle
United States District Judge

ORDER DENYING MOTION FOR REDUCTION - 2